```
UNITED STATES DISTRICT COURT
   MIDDLE DISTRICT OF FLORIDA
        TAMPA DIVISION
```

ANDRZEJ MADURA, ET AL.,

        Plaintiffs,

v.                       Case No. 8:10-cv-523-T-33AEP

BANK OF AMERICA,

        Defendant.
_____/

### ORDER

This matter is before the Court pursuant to Defendant's Motion to Dismiss (Doc. # 10), which was on March 23, 2010. On April 5, 2010, Plaintiffs filed an amended complaint (Doc. # 17). Thus, the Motion to Dismiss is rendered moot.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED**:

Defendant's Motion to Dismiss (Doc. # 10) **is DENIED AS MOOT.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>21st</u> day of June 2010.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel and Parties of Record