UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDRZEJ MADURA and ANNA DOLINSKA-
MADURA,

          Plaintiffs,
v.                            Case No. 8:10-cv-523-T-33AEP

BANK OF AMERICA, N.A.,

          Defendant.
_____/

**ORDER**

This matter comes before the Court sua sponte. On July 16, 2010, this Court entered an Order dismissing this case with prejudice. (Doc. # 51). As such, the Court finds it appropriate to deny as moot the following motions filed by the pro se Plaintiffs: (1) Plaintiff Anna Dolinska-Madura's Sworn Emergency Motion for Protective Order Allowing Her to Argue Her Case in Writing Instead of at Hearing (Doc. # 55); (2) Plaintiffs' Sworn Motion to Continue the July 20, 2010 Hearing (Doc. # 56); (3) Plaintiffs' Motion to Treat their Two Supplements as Supplemental Exhibits (Doc. # 58); and (4) Plaintiffs' Motion for an Order Directing Bank of America and its Counsel to Obey Federal and this Court's Local Rules Governing Filing, Serving, Signing the Certificate of Service (Doc. # 59).

Further, the Court notes that any further impertinent motions filed by pro se Plaintiffs in this dismissed case will be stricken pursuant to Rule 12(f) of the Federal Rules of Civil

1

Procedure.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

The following motions are denied as moot due to the dismissal of this action with prejudice: (1) Plaintiff Anna Dolinska-Madura's Sworn Emergency Motion for Protective Order Allowing Her to Argue Her Case in Writing Instead of at Hearing (Doc. # 55); (2) Plaintiffs' Sworn Motion to Continue the July 20, 2010 Hearing (Doc. # 56); (3) Plaintiffs' Motion to Treat their Two Supplements as Supplemental Exhibits (Doc. # 58); and (4) Plaintiffs' Motion for an Order Directing Bank of America and its Counsel to Obey Federal and this Court's Local Rules Governing Filing, Serving, Signing the Certificate of Service (Doc. # 59).

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 22nd day of July 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel and Parties of Record

2