```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                      TAMPA DIVISION
```

ANDRZEJ MADURA and ANNA
DOLINSKA-MADURA,

    Plaintiffs,
v.                          Case No. 8:10-cv-523-T-33AEP

BANK OF AMERICA, N.A.,

    Defendants.
_____/

**ORDER**

This matter is before the Court on consideration of United States Magistrate Anthony E. Porcelli's Report and Recommendation (Doc. # 85), filed on December 13, 2013, recommending that Plaintiffs' Motion for Leave to Proceed on Appeal *in forma pauperis* (Doc. # 82) be denied. Plaintiffs failed to file an objection to the Report and Recommendation, and the time for Plaintiffs to do so has now elapsed. As discussed below, the Court adopts the Report and Recommendation of the Magistrate Judge.

**Discussion**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112

Case 8:10-cv-00523-VMC-AEP Document 87 Filed 12/31/13 Page 2 of 3 PageID 1058

(1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

The Report and Recommendation thoroughly and thoughtfully addresses the issues presented and, after conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the Magistrate Judge and the recommendation of the Magistrate Judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 85) is **ACCEPTED** and **ADOPTED.**

(2) Plaintiffs' Motion for Leave to Proceed on Appeal *in forma pauperis* (Doc. # 82) is **DENIED.**

(3) The Court certifies that the appeal is not taken in good faith and directs the Clerk to notify the Court of Appeals of this ruling in accordance with Rule 24(a)(4)(B), Federal Rules of Appellate Procedure.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>31st</u> day of December, 2013.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:   All Counsel and Parties of Record